Date: 12-23-2014

PD-1160-&1161-14

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

Ms. Louise Pearson
Court clerk
Court of Criminal Appeals
P.O. Box 12308, Austin, TX 78711

FILED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

RE:

Cause No 12-13-00043-CR & 12-13-00044-CR

Dear Clerk

Enclosed Please find Movants Motion for Court Appointed Counsel, Order, and Declaration In Support of Right to Representation By Counsel In the Above-styled and numbered Cause

Please file these papers and bring them to the Attention of the court.

Your Assistance in this matter is Greatly Appreciated

Sincerely,

Donald Hernandez
Defendant, Pro Se
Printed Name. Donald Hernandez
TDCJ NO. 1827674
TDCJ Unit Michael Unit
2664-fm-2054
Address, Route and or Box number
Tennessee Colony, Texas 75886

Enclosures
cc: File

Cause No 12-13-00043-CR & 12-13-00044-CR

THE State of Texas
          In THe Criminal Appeals

US.
          Court of Texas

Donald Hernandez
Defendant
TDCJ# 1827674
Date of Birth June-6.1983.
          Travis     County, Texas

Requests for Court Appointed Cancel
Pursuant to Article 1.051, Texas code of
Criminal procedure.

To the Honorable Judge of Said court:

    Comes Now Defendant, Donald Hernandez
TDCJ# 1827674, and requests that the Court Appoint Counsel
to Assist Him In the following Appellete and post conviction
Habeas Corpus matters. As Stated Texas code criminal Procedure
Article 1.051 (D) 1-4 An Indigent defendant 18 entitled to
Have An court Appointed Attorney represt Him in any Adversary
Judicial proceedings. Defendants Declaration In Support of Right to
Representation of cansel Is Attached and Incorporated Here to As Exhibit I

          Respectfully submitted

          Donald Hernandez
          Defendant. Pro se
          printed name Donald Hernandez
          TDCJ No. 1827674
          TDCJ unit Michael unit
          ~~████████~~
          2664-FM-2054
          Address, Route and or Box Number
          Tennessee Colony, Texas 75886

# EXHIBIT I

## Declaration In Support of
## Right to Representation By Counsel
## Art 1.051, Texas code Criminal Procedure

The following Declaration is in support of Article 1.051 Right to Representation by Counsel in the Texas code criminal procedure.

NOW respectfully comes, Donald Hernandez    TDCJ# 1827674 , and Declares that

I Am unable to pay the court costs in this Criminal Appellate postconviction Habeas corpus Action and requests leave of the court to proceed Informa pauperis in this Accompanying postconviction criminal Appellate Habeas corpus Action and would show the Court the following

(1) I am presently Incarcerated in the __Michael__ unit of the Texas Department of criminal Justice where I Am not permitted to earn or Handle money.

(2) I Have no source of income or spousal Income.

(3) I currently Have $ 1.07 – 0.0 credited to me in the inmate trust fund.

(4) During my Incarceration in the Texas Department of Criminal Justice I Have received Approximately $100 $50 per month as gifts from relatives and friends.

(5) I neither own nor Have an Interest in any realty, Stocks, Bonds, or Bank Accounts and I receive no Interest or Dividend Income from any Source.

(6) I Have __2 Son's__ Dependents

(7) I Have total Debts of Approximately $ 300,000 .

(8) I owe $ N'A as restitution.

(9) My monthly Expenses are Approximately $100 $50 .

I. Donald Hernandez , TDCJ# 1827674 Being presently incarcerated in the __Michael__ unit of the Texas Department of Criminal Justice in __Anderson__ County, Texas, Verify and Declare under penalty of perjury that this forgoing statements are True and Correct.

Executed on this The 23 day of December 2014 .

Signature Donald Hernandez

printed name Donald Hernandez

TDCJ# 1827674

Cause # 12-13-00043-CR & 12-13-00044-CR

THE STATE OF TEXAS

VS.

Donald Hernandez
Defendant
TDCJ # 1827674
Date of Birth June, 6, 1983

In The Criminal Appeals

Court of Texas

Travis County, Texas

order: APPOINTMENT OF Councel

Came on this day for consideration. The Defendants request for Appointment of Councel to Assist Him in resolving ~~pending~~ post conviction Appellate procedures Matters In the Above-styled Cause pursuant to Tex. code. Crim. Proc. Art. 1.051. The court Has reviewed Defendants Declaration in Support of Right to Representation by Counsel in this matter and it is Hereby:

Ordered that Attorney shall be appointed to represent Defendant Pursuant to Tex. Code Crim. Proc. Art. 1.051. Accordingly. The following Attorney Is Hereby Appointed and Instructed to contact His/Her client regarding this matter:

NAME: _____

Address: _____
_____

It is further ordered that a copy of this order shall be sent to the Defendant by the clerk of this Court.

_____
Judge Presiding.